FILED

05/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0216

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA 21-0216

MEDPOINT MT, INC.,
a Montana Corporation,

      Plaintiff/Appellant,

vs.

JEREMY MYERS,

      Defendants/Appellee.

## *ORDER GRANTING MOTION TO DISMISS APPEAL*

Before the Court is Plaintiff/Appellant's Motion to Dismiss. Upon review of the record, and good cause appearing:

IT IS HEREBY ORDERED that the above-captioned Appeal is dismissed with prejudice.

DATED this _____ of May 2021.

_____
Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 20 2021